IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **8:05cv292-JFB-TDT** | **Berlien v. ConAgra Foods et al** |
| **8:05cv318-JFB-TDT** | **Calvacca v. ConAgra Foods et al** |
| **8:05cv342-JFB-TDT** | **Van Hees v. O'Donnell et al** |
| **8:05cv343-JFB-TDT** | **Halpern v O'Donnell, et al** |
| **8:05cv349-JFB-TDT** | **Rantala v. ConAgra Foods et al** |

ORDER OF RECUSAL
AND REQUEST FOR REASSIGNMENT

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated cases, the undersigned judge shall, and hereby does, recuse himself from the above-designated cases pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

DATED this 1st day of August, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge