IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| 8:05cv292 | Berlien v. ConAgra Foods et al |
| 8:05cv318 | Calvacca v. ConAgra Foods et al |
| 8:05cv342 | Van Hees v. O'Donnell et al |
| 8:05cv343 | Halpern v O'Donnell, et al |
| 8:05cv349 | Rantala v. ConAgra Foods et al |

## REASSIGNMENT ORDER

Pursuant to the recusal of District Judge Joseph F. Bataillon in the above matters,

IT IS ORDERED that the above cases are reassigned to District Judge Lyle E. Strom for disposition and remain assigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 3rd day of August, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge