IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID P. BERLIEN, On Behalf of Himself and All Others Similarly Situated, | ) ) ) ) | 8:05CV292 |
| Plaintiff, | ) ) | ORDER TO SHOW CAUSE |
| v. CONAGRA FOODS, et al. | ) ) ) ) | |
| Defendants. | ) | |

The records of the court show that on 06/22/05 (Filing No. 5), a letter was sent to Eric J. Belfi from the Office of the Clerk directing that he register for admittance to practice and register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System.

As of 10/26/05, the attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **11/11/05**, Eric J. Belfi is to register for admittance to practice and register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

**DATED** this 26th day of October, 2005.

BY THE COURT:

s/ Lyle E. Strom
**UNITED STATES DISTRICT JUDGE**