IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID P. BERLIEN, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV292 |
| v. | ) ) | |
| CONAGRA FOODS, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| JOSEPH CALVACCA, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV318 |
| v. | ) ) | |
| CONAGRA FOODS, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| JAMES M. WOODS, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV493 |
| v. | ) ) | |
| CONAGRA FOODS, INC., et al., | ) ) | ORDER OF CONSOLIDATION |
| Defendants. | ) ) | |

This matter is before the Court on:

    8:05CV292 - joint stipulation regarding consolidation (Filing No. 17; motion to consolidate (Filing No. 19); motion to consolidate cases (Filing No. 25); and joint

>               stipulation to consolidate (Filing
>               No. 38);
>
>               8:05CV318 - joint stipulation
>               regarding consolidation (Filing No.
>               16); motion to consolidate (Filing
>               No. 17); and motion to consolidate
>               cases (Filing No. 20);
>
>               8:05CV493 - stipulation and joint
>               motion re consolidation (Filing No.
>               44),

Pursuant to Fed. R. Civ. P. 16(e),

    IT IS ORDERED:

    1) The above-captioned actions are related cases within the meaning of Civil L.R. 3-12.  Pursuant to Fed. R. Civ. P. 42(a), these cases are hereby consolidated into Civil Action No. 8:05CV292 for pretrial proceedings before this Court.  The consolidation shall be captioned "*In re ConAgra Foods, Inc. Securities Litigation.*"

    2)  All related actions that are subsequently filed in, or transferred to, this district shall be consolidated into this action for pretrial purposes.  This Order shall apply to every such related action, absent order of the Court.

      3) Every pleading filed in this action shall have the following caption:

```
_____
IN RE CONAGRA FOODS, INC.      )
SECURITIES LITIGATION          )         8:05CV292
_____)
```

      DATED this 2nd day of December, 2005.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court