IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

_____

| | | |
|---|---|---|
| IN RE CONAGRA FOODS, INC. SECURITIES LITIGATION | ) ) | |
| _____ | ) | |
| DAVID P. BERLIEN, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV292 |
| v. | ) ) | |
| CONAGRA FOODS, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |
| JOSEPH CALVACCA, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV318 |
| v. | ) ) | |
| CONAGRA FOODS, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |
| JAMES M. WOODS, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV493 |
| v. | ) ) | |
| CONAGRA FOODS, INC., et al., | ) ) | ORDER |
| Defendants. | ) ) | |
| _____ | ) | |

This matter is before the Court on the motion to consent to consolidation and motion for withdrawal of counsel

(Filing No. 32) in 8:05CV318.  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that the motion to consent to consolidation and motion for withdraw of counsel is granted. White & Wulff and Schiffrin & Barrow are permitted to withdraw as counsel for plaintiff, Joseph Calvacca.

DATED this 2nd day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court