IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE CONAGRA FOODS, INC.<br>SECURITIES LITIGATION | ) ) ) | |
| DAVID P. BERLIEN, on behalf<br>of himself and all others<br>similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV292 |
| v. | ) ) | |
| CONAGRA FOODS, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| JOSEPH CALVACCA, individually<br>and on behalf of all others<br>similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV318 |
| v. | ) ) | |
| CONAGRA FOODS, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| JAMES M. WOODS, on behalf<br>of himself and all others<br>similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV493 |
| v. | ) ) | |
| CONAGRA FOODS, INC., et al., | ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the joint stipulation of the parties for extension of time for defendants

to respond to complaint and extension of time to file report of parties' planning conference.  The Court finds said schedule should be granted.  Accordingly,

IT IS ORDERED that no defendant shall be required to answer, move or otherwise respond to the initial complaints filed in this action.  Plaintiffs shall have until February 3, 2006, to file a consolidated complaint.  Defendants shall have sixty (60) days after the consolidated complaint is filed to move, answer or otherwise respond to plaintiff's consolidated complaint.  If defendants file a motion to dismiss the consolidated complaint or other motion, plaintiffs shall have sixty (60) days to file their opposition thereto.  Defendants shall have thirty (30) days following service of plaintiffs' opposition is submitted to file their reply.

DATED this 12th day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court